JS-6

FILED
CLERK, U.S. DISTRICT COURT

MAR 26 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

ARMANDO RICHARD GARCIA,        )     Case No. CV 08-0850-RGK (MLG)
                               )
              Plaintiff,       )         JUDGMENT
                               )
         v.                    )
                               )
W.J. SULLIVAN, Warden,         )
                               )
              Defendant.       )
_____)

     IT IS ADJUDGED that the action herein is dismissed without
prejudice.

Dated: _____MAR 25 2008_____


                              _____
                              R. Gary Klausner
                              United States District Judge


ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 27 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY